IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-148-1BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KAREEM LAMAR HALEY, | ) | |
| Defendant. | ) | |

On May 14, 2019, Defendant waived his right to a detention hearing in this matter. Now before the court is Defendant's motion [DE #44] to reopen the issue of detention and to release him from custody pending trial. For good cause shown, the court GRANTS Defendant's motion to reopen and directs the clerk to schedule this matter for a detention hearing.

This 14th day of May 2020.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge